BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull III, Esq., SBN 141996
Eugene A. Brodsky, Esq., SBN 36691
Jennifer L. Fiore, Esq., SBN 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
RANDY O. FECHTIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY O. FECHTIG,<br><br>    Plaintiff,<br><br>vs.<br><br>SEA PACIFIC, INC., *in personam,*<br>EUGENE E. CLAHAN, *in personam*, and<br>F/V SEA CLIPPER, Official No. 553396,<br>its engines, tackle, apparel, furniture, etc.,<br>*in rem*,<br><br>    Defendants. | CASE NO. C 03 4056 JL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING BRIEF**<br>**CONTINUANCE OF CERTAIN**<br>**PRETRIAL DEADLINES**<br><br>Trial Date: September 13, 2005 |

    The parties to the above-entitled action, Plaintiff Randy O. Fechtig and Defendants Sea Pacific, Inc. and the F/V SEA CLIPPER, by and through their counsel of record, hereby stipulate to continue the deadline of August 15, 2005 for filing the list of exhibits and list of witnesses as follows. The continuance of this date will not impact the current trial date.

    Based on the delay in conducting certain discovery, the parties respectfully request and stipulate that the above date be continued for a brief period to a new date as follows:

| | | |
|---|---|---|
| 1 | Last Day to File Witness and Exhibits Lists | August 19, 2005 |

IT IS SO STIPULATED.

DATED: August 12, 2005          BANNING MICKLOW BULL & LOPEZ, LLP


By:  /s/ JENNIFER L. FIORE
     EDWARD M. BULL, III
     JENNIFER L. FIORE
     Attorneys for Plaintiff
     RANDY O. FECHTIG


DATED: August 12, 2005          COX WOOTTON GRIFFIN HANSEN & POULOS, LLP


By:  /s/ GALIN G. LUK
     RICHARD C. WOOTTON
     GALIN G. LUK
     Attorneys for Defendants
     SEA PACIFIC, INC. and
     F/V SEA CLIPPER


**ORDER**

It is hereby ordered that the last day to file the Witness and Exhibit Lists is continued to August 19, 2005.

DATED: August 16, 2005

THE HON. _____ LARSON
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

2

Stipulation and [Proposed] Order Continuing Certain Pretrial Dates          Case No. 03 4056 JL