United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY O FECHTIG,

           Plaintiff,

      v.

SEA PACIFIC INCORPORATED, ET AL.,

           Defendants.

_____/

No. C 03-4056 JL

**ORDER RE DEPOSITIONS**
**Granting in part and denying in part**
**Docket #s 84 and 85**

      The court received the parties' separate letter briefs regarding the depositions of three fishermen: Roger Semanak, Kent Mooreland and Mark Gentry. Defendants had previously disclosed these witnesses to Plaintiff. Defendants on October 20 contacted Plaintiff's counsel to schedule the videotaped depositions of these witnesses.  Mr. Semanak and Mr. Mooreland live in Oregon. Mr. Gentry lives in San Francisco. Defendants noticed the deposition of Mr. Semanak for November 7 in Crescent City, California, on the Oregon border,  Mr. Mooreland for November 8 in Astoria, Oregon and Mr. Gentry for November 14 in San Francisco. The witnesses will not be available to testify in person at trial due to the continuance from the original date of September 19  at the request of Plaintiff. This court ordered that the depositions be videotaped so that the witnesses' testimony could be preserved.

      Plaintiff's counsel objects to the timing of the depositions. Counsel has a trial before the district court (Hon. Charles R. Breyer) in another case, *Arispe v Timmer*, C-03-4269. Trial

**United States District Court**
For the Northern District of California

1  in that case is scheduled to begin October 31 and conclude by November 12. The defense in

2  that case is represented by the same firm as the defense in this case. Edward Bull is lead trial

3  counsel for the plaintiff in both the *Fechtig* and *Arispe* cases and wishes to be present for the

4  depositions of the witnesses in the *Fechtig* case.

5      Plaintiff's counsel also asks the court to order Defendants to pay for Plaintiff's

6  counsel's travel expenses, but not time, for any out of town deposition.

7      Defendants are willing to pay the expense of bringing Mr. Semanak to San Francisco.

8  This would require Plaintiff's counsel to pay only their own expenses for travel to Oregon to

9  take the deposition of Mr. Mooreland. Defense counsel are willing to work with Plaintiff's

10  counsel to schedule new deposition dates for Mr. Semanak and Mr. Mooreland. Defendants'

11  counsel contends it is unreasonable either to wait until the last minute to schedule their

12  videotaped depositions or to ask them to take additional time off from work and miss part of

13  the lucrative crab season to accommodate a deposition.

14                                      **Analysis and Conclusion**

15      In this instance Plaintiff's counsel created the need to videotape these depositions by

16  requesting a continuance of the trial from September 19 to November 28. Now counsel

17  interposes another trial to justify an additional delay, which will prejudice both the Defendants

18  and the witnesses. The court is sympathetic to the constraints of a busy trial calendar;

19  however, fundamental fairness requires that the parties reach a reasonable compromise.

20      Accordingly, the court orders that the deposition of Mr. Semanak be taken in San

21  Francisco, that Defendants pay for his travel and that it be taken as soon as possible after the

22  conclusion of the *Arispe* trial and no later than November 18. The deposition of Mr. Gentry is

23  already scheduled for November 14 in San Francisco and that location and date shall stand.

24  The deposition of Mr. Mooreland shall proceed in Oregon as soon as possible after the

25  conclusion of the *Arispe* trial and no later than November 18. All counsel shall pay their own

26  travel expenses.

27

28

1

2          IT IS SO ORDERED.

3    DATED: October 31, 2005

4

5                                                        _____
                                                         James Larson
6                                                        Chief Magistrate Judge

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28