**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 RANDY O FECHTIG,                                       No. C 03-4056 JL

12              Plaintiff,

13       v.                                              **Supplemental Order re Depositions**
                                                        **(Docket #s 84 and 85)**
14 SEA PACIFIC INCORPORATED, ET AL.,

15              Defendants.
   _____/

16

17       On October 31 the court ordered that the deposition of Mr. Semanak be taken in San

18 Francisco, that Defendants pay for his travel and that it be taken as soon as possible after the

   conclusion of the *Arispe* trial and no later than November 18. The court also ordered that the
19
   deposition of Mr. Gentry, already scheduled for November 14 in San Francisco, go forward at
20
   that date and location. The court finally ordered that the deposition of Mr. Mooreland proceed
21
   in Oregon as soon as possible after the conclusion of the *Arispe* trial and no later than
22
   November 18. The court ordered all counsel to pay their own travel expenses.
23
         It has come to the court's attention that the *Arispe* trial, in which the parties are
24
   represented by the same law firms as in this case, will be in recess for three days due to the
25
   trial judge's schedule and a court holiday and consequently will probably not conclude by
26
   November 12, but will continue into the week of November 14. Therefore, this court authorizes
27
   counsel to conduct witness depositions in the *Fechtig* case during the recess in the *Arispe*
28

trial, and to re-notice the deposition of Mr. Gentry, currently scheduled for November 14, to a date either during the recess or after the conclusion of the *Arispe* trial. All depositions are to be concluded on or before November 18. The court's ruling as to payment of expenses remains as previously ordered.

IT IS SO ORDERED.

DATED: November 1, 2005

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\03-4056\supp ord re 84 & 85.wpd

**United States District Court**
For the Northern District of California