BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull III, Esq., SBN 141996
Eugene A. Brodsky, Esq., SBN 36691
Jennifer L. Fiore, Esq., SBN 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
RANDY O. FECHTIG

**FILED**

NOV 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY O. FECHTIG, | CASE NO. C 03 4056 ~~JF~~ JL (ARB) |
| Plaintiff, | |
| vs. | **ORDER ALLOWING PLAINTIFF'S COUNSEL TO BRING PROJECTOR SCREEN INTO COURT FOR TRIAL** |
| SEA PACIFIC, INC., *in personam*, EUGENE E. CLAHAN, *in personam*, and F/V SEA CLIPPER, Official No. 553396, its engines, tackle, apparel, furniture, etc., *in rem*, | |
| Defendants. | |

The Court has been satisfied that good cause has been shown and hereby ORDERS AND *Defendants* AUTHORIZES pursuant to Local Rule 7-11 counsel for Plaintiff to be allowed by the U.S. Marshal and any other authorities to bring a projector screen *VCR* and necessary equipment to use the screen into this courthouse and courtroom for him to use in presenting evidence and closing argument to the Court.

DATED: November 28, 2005

_____
THE HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

1