1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Richard C. Wootton (SBN 88390)
   Galin G. Luk (SBN 199728)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendants
6  SEA PACIFIC, INC.,
   and F/V SEA CLIPPER
7
   **BANNING MICKLOW BULL & LOPEZ LLP**
8  Edward M. Bull III, Esq., SBN 141996
   Eugene A. Brodsky, Esq., SBN 36691
9  Jennifer L. Fiore, Esq., SBN 203618
   One Market, Steuart Tower, Suite 1440
10 San Francisco, California 94105
   Telephone: (415) 399-9191
11 Facsimile: (415) 399-9192

12 Attorneys for Plaintiff
   RANDY O. FECHTIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY O. FECHTIG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEA PACIFIC, INC., *in personam*, ) <br> EUGENE E. CLAHAN, *in personam*, and ) <br> F/V SEA CLIPPER, Official No. 553396, ) <br> its engines, tackle, apparel, furniture, etc., ) <br> *in rem*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: C 03 4056 JL ARB <br><br> **THE PARTIES' STIPULATION TO ADMIT EVIDENCE IDENTIFIED AT TRIAL, [PROPOSED] ORDER** <br><br> Trial Date: November 28, 2005 <br> Time: 9:30 a.m. <br> Courtroom: F <br> **Honorable James Larson** |

The plaintiff Randy Fechtig and Defendants Sea Pacific, Inc. and F/V SEA CLIPPER enter into the following stipulation:

1) Trial for the subject case commenced on November 28, 2005;

2) The parties completed the trial on December 6, 2005 subject to the parties

submitting to the court a stipulation to the admission of evidence identified during trial but not admitted;

3) During the trial the parties identified and admitted the following evidence:

**Plaintiff's Exhibit**: 1, 4, 5, 7, 8, 11, 24, 25, 26, 27, 42, 46, 46A, 46B;

**Defendants' Exhibit**: A, B (photograph of sofa), C, D, HH, TT, WW, XX, AAA, BBB, CCC, GGG, HHH, III, JJJ, KKK, LLL, MMM, NNN, QQQ, SSS, SSS-1, TTT, UUU, VVV.

4) During the trial the parties identified but did not admit the following evidence:

**Plaintiff's Exhibit**: 22, 32;

**Defendants' Exhibit**: B (photographs of vessel) including but not limited to B13, B16, B17, B19, B22, B23, B24, B25, B29, B31, BB, RR, MM, OOO, PPP, RRR.

5) During the trial the parties stipulated to admitting medical records. The medical records include:

**Plaintiff's Exhibit**: 40, 41;

**Defendants' Exhibit**: LL, MM, NN, OO, PP, QQ, RR, SS, TT.

Therefore, in addition to the evidence already identified and admitted, the parties stipulate to the admission (and where relevant, the identification) of the following evidence (identified in ¶¶ 4, 5 and 6 herein):

**Plaintiff's Exhibit**: 22, 32, 40, 41.

**Defendants' Exhibit**: B (photographs of vessel) including but not limited to B13, B16, B17, B19, B22, B23, B24, B25, B29, B31, BB, LL, MM, NN, OO, PP, QQ, RR, SS, TT, OOO, PPP, RRR.

Dated: January 12, 2006

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants Sea Pacific, Inc.,
and F/V SEA CLIPPER

By /S/
_____
Richard C. Wootton

Dated: January 12, 2006                    Banning Micklow Bull and Lopez, LLP
                                            Attorneys for Plaintiff Randy Fechtig

By _____/S/_____
   Ed Bull

### ORDER

The parties having agreed thereto, and good cause appearing therefor, it is hereby ordered that the following evidence:

**Plaintiff's Exhibit**: 22, 32, 40, 41.

**Defendants' Exhibit**: B (photographs of vessel) including but not limited to B13, B16, B17, B19, B22, B23, B24, B25, B29, B31, BB, LL, MM, NN, OO, PP, QQ, RR, SS, TT, OOO, PPP, RRR.

*is admitted* .

NUNC PRO TUNC

Dated: January 13, 2006

IT IS SO ORDERED

Judge James Larson
United States Chief Magistrate Judge

-3-
Case No. C 03 4056 JL ARB
PARTIES' STIPULATION TO ADMIT EVIDENCE, [PROP] ORDER

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601