UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY O FECHTIG, | No. C 03-4056 JL |
| Plaintiff, | **ORDER TO FILE DEPOSITIONS** |
| v. | |
| SEA PACIFIC INCORPORATED, ET AL., | |
| Defendants. | |

As provided by Rule 5(d), Federal Rules of Civil Procedure, it is hereby ordered that the following deposition transcripts be filed in the Court file as exhibits to the record of the bench trial in this case:

Court Exhibit 1 - Excerpted Proceedings, pages 1-144 (Opening Statements Omitted), November 28, 2005;

Court Exhibit 2 - Deposition of Warren L. Junes, October 6, 2005;

Court Exhibit 3 - Deposition of Mark Henry, D.C., December 2, 2004;

Court Exhibit 4 - Deposition of Tracy D. Cole, D.C.;

Court Exhibit 5 - Videotaped Deposition of Kent Mooreland, November 8, 2005 (Although this document is identified as "Volume 2", defense counsel Galin G. Luk

G:\JLALL\CHAMBERS\CASES\CIVIL\03-4056\ord-file-depos.wpd    1

1  has advised the Court that this is the complete transcript of Mr. Mooreland's
2  testimony on November 8);
3  Court Exhibit 6 - Perpetuation Deposition of Roger Semanak, November 9, 2005.
4  IT IS SO ORDERED.
5  DATED: October 10, 2006

*James Larson*
James Larson
Chief Magistrate Judge

**United States District Court**
For the Northern District of California

G:\JLALL\CHAMBERS\CASES\CIVIL\03-4056\ord-file-depos.wpd   2